# In the United States Court of Federal Claims

No. 12-527 C

(Filed June 10, 2013)

```
* * * * * * * * * * * * * * * * * * * * *
RQ SQUARED, LLC,                        *
                                        *
            Plaintiff,                  *
                                        *
     v.                                 *
                                        *
THE UNITED STATES,                      *
                                        *
            Defendant.                  *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

    On June 9, 2013, the parties filed a Consent Motion For An Enlargement Of Time To File Joint Preliminary Status Report (JPSR) in this matter.  Therein, the parties request an enlargement of time of thirty days, to and including July 17, 2013, within which to file the JPSR.  Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**.

                                                           s/Lynn J. Bush           
                                                            LYNN J. BUSH
                                                            Judge