# In the United States Court of Federal Claims

No. 12-527 C

(Filed August 7, 2013)

```
* * * * * * * * * * * * * * * * * * * *
RQ SQUARED, LLC,                       *
                                       *
              Plaintiff,               *
                                       *
       v.                              *
                                       *
THE UNITED STATES,                     *
                                       *
              Defendant.               *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 3, 2013, the Clerk's Office received from facsimile from plaintiff, RQ Squared, LLC, titled "Fax for a Change of Address and a Motion for Extension of Time to Obtain Replacement Counsel," in this matter. The Clerk's Office stated the submission was defective for the following reasons: (1) proof of service is missing, pursuant to Rule 5.3 of the Rules of the United States Court of Federal Claims (RCFC); (2) original and copies missing, pursuant to RCFC 5.5(d)(2); (3) the judge's name was not on the filing, pursuant to RCFC 5.5(g); and (4) there is no provision in the rules to allow for the filing of a faxed document. The matter was referred to the undersigned for a ruling.

On July 10, 2013, the court granted plaintiff's counsel of record, Brian C. Duffy, Esq., motion for leave to withdraw as counsel and direct plaintiff to acquire new counsel on or before August 15, 2013. Additionally, the court's July 10, 2013 order directed the Clerk's Office to serve a copy of the order to directly to plaintiff's address of record. Plaintiff's submission before the court informs the court that the address served was incorrect. Furthermore, plaintiff provides the court with RQ Squared's correct address and requests an enlargement of time of sixty days to obtain counsel in this matter. For good cause shown, the court shall file plaintiff's submission as a Notice and a Motion for Enlargement of Time.

Accordingly, it is hereby **ORDERED** that

(1) The Clerk's Office is directed to **FILE** plaintiff's August 3, 2013 facsimile as **Plaintiff's Notice/Motion for Enlargement of Time**;

(2) Once filed, plaintiff's Motion for Enlargement of Time is **GRANTED**;

(3) The Clerk's Office is directed to **SERVE** a copy of this order, via Federal Express (two-day delivery) to plaintiff at the following address:

> RQ Squared LLC
> 2709 Flintstone Drive
> Saint Joseph, MO 64505

(4) Plaintiff shall **FILE** a **Motion to Substitute Counsel**, pursuant to RCFC 83.1(c)(4), on or before **October 15, 2013**.

s/Lynn J. Bush
LYNN J. BUSH
Judge
