# In the United States Court of Federal Claims

No. 12-527 C

(Filed October 21, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| RQ SQUARED, LLC, | \* |
| | \* |
| *Plaintiff*, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| *Defendant*. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On October 15, 2013, the Clerk's Office received a facsimile from plaintiff, RQ Squared, LLC, titled "Motion for Extension of Time to Obtain Replacement Counsel and Have Their Apperance [sic] Entered on Behalf of RQ Squared LLC" in this matter. The Clerk's Office stated the submission was defective for the following reasons: (1) proof of service is missing, pursuant to Rule 5.3 of the Rules of the United States Court of Federal Claims (RCFC); (2) original and copies missing, pursuant to RCFC 5.5(d)(2); (3) the judge's name was not on the filing, pursuant to RCFC 5.5(g); and (4) there is no provision in the rules to allow for the filing of a faxed document. The matter was referred to the undersigned for a ruling.

For good cause shown, the court shall file plaintiff's submission as a Notice and a Motion for Enlargement of Time. Accordingly, it is hereby **ORDERED** that

(1) The Clerk's Office is directed to **FILE** plaintiff's October 15, 2013 facsimile as **Plaintiff's Notice/Motion for Enlargement of Time**;

(2) Once filed, plaintiff's Motion for Enlargement of Time is **GRANTED**;

(3) The Clerk's Office is directed to **SERVE** a copy of this order, via Federal Express (two-day delivery) to plaintiff at the following address:

> RQ Squared LLC
> 2709 Flintstone Drive
> Saint Joseph, MO 64505

(4) Plaintiff shall **FILE** a **Motion to Substitute Counsel**, pursuant to RCFC 83.1(c)(4), on or before **January 14, 2014**.

        s/Lynn J. Bush
        LYNN J. BUSH
        Judge